UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMY ALLEN and ROBERT ALLEN<br>    Plaintiffs,<br><br>v.<br><br>TOWN OF EAST LONGMEADOW,<br>CAPTAIN DOUGLAS MELLIS, Officially<br>and Individually, SERGEANT PATRICK<br>MANLEY, Officially and Individually, and<br>JOHN DOES, Officially and Individually,<br>    Defendants | Case No. 17-cv-30041-MGM |

MEMORANDUM AND ORDER REGARDING REPORT AND RECOMMENDATION
REGARDING DEFENDANTS' MOTION TO DISMISS
(Dkt. No. 20)

March 2, 2018

MASTROIANNI, U.S.D.J.

Magistrate Judge Katherine A. Robertson has recommended the court grant the motion to dismiss (Dkt. No. 20) filed by defendants, the Town of East Longmeadow, Captain Douglas Mellis, and Sergeant Patrick Manley. The Report and Recommendation notified the parties that any objections to the Report and Recommendation needed to be filed within fourteen days. No objections have been filed.

Based upon the thorough analysis presented in the Report and Recommendation, and noting there are no objections, the court, upon *de novo* review, hereby ADOPTS the Report and Recommendation. (Dkt. No. 36.) Based upon this, Defendants' motion to dismiss is granted. The federal claims asserted in Counts One, Two, and Three are dismissed with prejudice. The state law

negligence claims asserted in Counts One and Two are dismissed without prejudice. This case may now be closed.

It is So Ordered.

      /s/ Mark G. Mastroianni
MARK G. MASTROIANNI
United States District Judge